UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RASHEEN JAHMAL SMITH #12795-002** | **CASE NO. 1:23-CV-00562 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN J.W. COX** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation ("R&R") of the Magistrate Judge [ECF No. 19], and after an independent review of the record and noting the absence of objections to the R&R, the Court concludes the R&R is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED that the Motion to Dismiss [ECF No. 17] be DENIED.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus be DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this \_\_14th\_\_ day of May, 2024.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE